# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

**E-filing**

California Sportfishing Protection Alliance

v.

Aaron Metals Company

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

C07-03547 WHA

TO: (Name and address of defendant)

Aaron Metals Company
750 105th Avenue
Oakland, CA 94603

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Michael R. Lozeau
Law Office of Michael R. Lozeau
1516 Oak Street, Suite 216
Alameda, CA 94501

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE JUL - 9 2007

(BY) DEPUTY CLERK