MICHAEL R. LOZEAU (State Bar No. 142893)
DOUGLAS J. CHERMAK (State Bar No. 233382)
Law Office of Michael R. Lozeau
1516 Oak Street, Suite 216
Alameda, CA 94501
Tel: (510) 749-9102
Fax: (510) 749-9103 (fax)
E-mail: mrlozeau@lozeaulaw.com

ANDREW L. PACKARD (State Bar No. 168690)
MICHAEL P. LYNES (State Bar No. 230462)
Law Offices of Andrew L. Packard
319 Pleasant Street
Petaluma, CA 94952
Tel: (707) 763-7227
Fax: (415) 763-9227
E-mail: andrew@packardlawoffices.com

Attorneys for Plaintiff
CALIFORNIA SPORTFISHING
PROTECTION ALLIANCE

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation,<br><br>        Plaintiff,<br><br>    vs.<br><br>AARON METALS COMPANY, a corporation.<br><br>        Defendant. | Case No.  3:07-cv-3547-WHA<br><br>**CALIFORNIA SPORTFISHING PROTECTION ALLIANCE'S UNOPPOSED MOTION TO EXTEND THE CASE MANAGEMENT CONFERENCE**<br><br>Conference: October 18, 2007<br>Time: 11:00 AM<br>Courtroom: 9 |

Pursuant to Local Rules 16-2(d), Plaintiff California Sportfishing Protection Alliance

("CSPA") hereby requests that the Court extend the initial case management conference currently

scheduled for October 18, 2007, for a period of about 70 days, until December 20, 2007, by which

date the parties expect to file their stipulated request for dismissal which will very likely obviate the

**1**

**2**

**3**

need for preparing either a case management order or Rule 26(f) Report.    CSPA requests that the

Court accept this motion and request in lieu of the formal Case Management Statement and Rule

26(f) Report required by the Court's case management order dated July 9, 2007.

**4**

**5**

**6**

**7**

CSPA filed this complaint on July 9, 2007, but has yet to serve it on Defendant Aaron Metals

Company ("Aaron Metals").  Declaration of Douglas J. Chermak, ¶ 2.  In the interim, CSPA and

Aaron Metals have engaged in settlement discussions to resolve the issues in CSPA's complaint.  *Id.*

**8**

**9**

**10**

at ¶ 3.  The parties are steadily making progress and are close to reaching a settlement agreement.

*Id.*  Counsel for both parties have conferred about the case schedule and the case management

conference and agree that the Court should extend the date of the initial case management

**11**

**12**

**13**

conference while the parties finalize a settlement agreement.  *Id* at ¶ 4.  Extending the date 70 days

will allow the parties to forward the settlement agreement to the United States Environmental

**14**

**15**

**16**

Protection Agency and the United States Department of Justice to begin a 45-day review period by

those agencies prescribed by Section 505(c)(3) of the Federal Water Pollution Control Act, 33

**17**

**18**

**19**

U.S.C. § 1365(c)(3).  At the completion of that 45-day agency review period, the parties will file a

stipulated request for dismissal requesting the court to maintain jurisdiction to enforce the terms of

the settlement agreement.

**20**

**21**

**22**

In light of the forthcoming settlement agreement and the need to allow the federal agencies

45 days to review the agreement, CSPA proposes the following revised case management schedule:

**23**

Date                          Event

**24**

**25**

**26**

**27**

12/13/2007                Last day to file Rule 26(f) Report, complete initial disclosures or

state objection in Rule 26(f) Report and file Case Management

Statement per Standing Order re Contents of Joint Case

Management Statement

**28**

12/20/2007          Initial Case Management Conference

    Should the case not be dismissed by December 13, 2007, the parties shall file any necessary

case management statement and Rule 26(f) Report by December 13, 2007.


Dated: October 11, 2007          Respectfully submitted,


                                 LAW OFFICE OF MICHAEL R. LOZEAU


                                 By: _____
                                     Douglas J. Chermak
                                     Attorney for Plaintiff
                                     CALIFORNIA SPORTFISHING PROTECTION
                                     ALLIANCE