MICHAEL R. LOZEAU (State Bar No. 142893)
DOUGLAS J. CHERMAK (State Bar No. 233382)
Law Office of Michael R. Lozeau
1516 Oak Street, Suite 216
Alameda, CA 94501
Tel: (510) 749-9102
Fax: (510) 749-9103 (fax)
E-mail: mrlozeau@lozeaulaw.com

ANDREW L. PACKARD (State Bar No. 168690)
MICHAEL P. LYNES (State Bar No. 230462)
Law Offices of Andrew L. Packard
319 Pleasant Street
Petaluma, CA 94952
Tel: (707) 763-7227
Fax: (415) 763-9227
E-mail: andrew@packardlawoffices.com

Attorneys for Plaintiff
CALIFORNIA SPORTFISHING
PROTECTION ALLIANCE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>AARON METALS COMPANY, a corporation.<br><br>Defendant. | Case No.  3:07-cv-3547-WHA<br><br>**DECLARATION OF DOUGLAS J. CHERMAK IN SUPPORT OF CALIFORNIA SPORTFISHING PROTECTION ALLIANCE'S MOTION TO EXTEND THE CASE MANAGEMENT CONFERENCE**<br><br>Conference: October 18, 2007<br>Time: 11:00 AM<br>Courtroom: 9 |

I, DOUGLAS J. CHERMAK, do declare and if called to testify would testify as follows:

1. I am an attorney licensed to practice in the State of California and I represent Plaintiff California Sportfishing Protection Alliance ("CSPA") in the above-entitled action.

---

DECLARATION OF DOUGLAS J. CHERMAK IN SUPPORT OF PLAINTIFF'S         Case No.  3:07-cv-3547-WHA
MOTION TO EXTEND THE CASE MANAGEMENT CONFERENCE

2. On July 9, 2007, CSPA filed a complaint to initiate the above action. CSPA has not yet served the complaint on the defendant, Aaron Metals Company ("Aaron Metals"), in order to facilitate ongoing settlement discussions.

3. Since filing the complaint, CSPA and Aaron Metals have engaged in confidential settlement discussions, including a site inspection. The parties are close to reaching an agreement.

4. On September 29, 2007, I had a phone meeting with Christine Noma, counsel for Aaron Metals. We agreed that since we were close to reaching a resolution, it would make sense for the Court to extend the date for the Initial Case Management Conference while the parties finalize a settlement agreement. CSPA agreed to file the accompanying motion to ask for an extension.

5. On October 10, 2007, counsel for Defendant reviewed Plaintiff's motion and has indicated that Defendant has no objection to it.

6. Based on the likelihood of settlement, I believe that extending the date of the Initial Case Management Conference will conserve both the Court's and the parties' resources.

Pursuant to 28 U.S.C. § 1746 and under the laws of California, I declare under penalty of perjury that the foregoing is true and correct. Executed this 11th day of October, 2007 in Alameda, California.

Dated: October 11, 2007

/s/ Douglas J. Chermak
Douglas J. Chermak
Attorney for California Sportfishing Protection Alliance

DECLARATION OF DOUGLAS J. CHERMAK IN SUPPORT OF PLAINTIFF'S  Case No. 3:07-cv-3547-WHA
MOTION TO EXTEND THE CASE MANAGEMENT CONFERENCE

2