MICHAEL R. LOZEAU (State Bar No. 142893)
DOUGLAS J. CHERMAK (State Bar No. 233382)
Law Office of Michael R. Lozeau
1516 Oak Street, Suite 216
Alameda, CA 94501
Tel: (510) 749-9102
Fax: (510) 749-9103 (fax)
E-mail: mrlozeau@lozeaulaw.com

ANDREW L. PACKARD (State Bar No. 168690)
MICHAEL P. LYNES (State Bar No. 230462)
Law Offices of Andrew L. Packard
319 Pleasant Street
Petaluma, CA 94952
Tel: (707) 763-7227
Fax: (415) 763-9227
E-mail: andrew@packardlawoffices.com

Attorneys for Plaintiff
CALIFORNIA SPORTFISHING
PROTECTION ALLIANCE

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation,<br><br>          Plaintiff,<br><br>     vs.<br><br>AARON METALS COMPANY, a corporation.<br><br>          Defendant. | Case No.  3:07-cv-3547-WHA<br><br>**[PROPOSED] ORDER RE: UNOPPOSED MOTION OF CALIFORNIA SPORTFISHING PROTECTION ALLIANCE TO EXTEND THE CASE MANAGEMENT CONFERENCE**<br><br>Conference: October 18, 2007<br>Time: 11:00 AM<br>Courtroom: 9 |

This matter came before the court by motion of Plaintiff California Sportfishing Protection Alliance ("CSPA" or "Plaintiff") for a Motion to Extend the Case Management Conference.  Having considered the pleading presented by CSPA,

IT IS HEREBY ORDERED that Plaintiff's Motion to Extend the Case Management

Conference is granted.  The new schedule for the Case Management Conference will be as follows:

| Date | Event |
|------|-------|
| 12/13/2007 | Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per Standing Order re Contents of Joint Case Management Statement |
| 12/20/2007 | Initial Case Management Conference |

Dated: _____                          UNITED STATES DISTRICT JUDGE


By: _____
Hon. William H. Alsup