IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>AARON METALS COMPANY,<br><br>　　　　　Defendant.<br>_____/ | No. C 07-03547 WHA<br><br>**CLERK'S NOTICE<br>RESCHEDULING HEARING** |

(Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing on the Notice of Electronic Filing or Other Case Activity and/or the attached Certificate of Service.)

　　　YOU ARE NOTIFIED THAT the Case Management Conference previously set for October 18, 2007 at 11:00 a.m. has been rescheduled for **October 17, 2007 at 2:00 p.m.**, before the Honorable William Alsup. Please report to Courtroom 9, on the 19th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated:  October 12, 2007　　　　　　　　　　　FOR THE COURT,

　　　　　　　　　　　　　　　　　　　　　　　Richard W. Wieking, Clerk

　　　　　　　　　　　　　　　　　　　　　　　By:_____
　　　　　　　　　　　　　　　　　　　　　　　　　Dawn Toland
　　　　　　　　　　　　　　　　　　　　　　　　　Courtroom Deputy to the
　　　　　　　　　　　　　　　　　　　　　　　　　Honorable William Alsup