IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation, | No. C 07-03547 WHA |
| Plaintiff, | |
| v. | **ORDER DENYING PLAINTIFF'S MOTION TO EXTEND CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES** |
| AARON METALS COMPANY, a corporation, | |
| Defendant. | |

Good cause not shown, the Court **DENIES** plaintiff's request to continue the case management conference for ninety days. "Settlement discussions" is not a good reason.

**IT IS SO ORDERED.**

Dated: October 17, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE