**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: October 17, 2007

Case No.  C 07-03547 WHA

Title: CALIFORNIA SPORTFISHING PROTECTION v. AARON METALS COMPANY

Plaintiff Attorneys: Douglas Chermak

Defense Attorneys: N/A

Deputy Clerk:  Dawn Toland

Court Reporter: Joan Columbini

**PROCEEDINGS**

1)  CMC - HELD

2)  


Continued to **11/8/07 at 3:00 pm**  for Further Case Management Conference

Continued to    for Pretrial Conference

Continued to    for Jury Trial

**ORDERED AFTER HEARING:**