1  Christine K. Noma (Bar No. 104751)
   **WENDEL, ROSEN, BLACK & DEAN LLP**
2  1111 Broadway, 24th Floor
   Post Office Box 2047
3  94604-2047 Oakland, CA  94607-4036
   Telephone:  (510) 834-6600
4  Fax:  (510) 834-1928

5  Attorneys for Defendant
   AARON METALS COMPANY, a Corporation

6

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                        OAKLAND DIVISION

11

12  CALIFORNIA SPORTFISHING              Case No.  3:07-cv-3547-WHA
    PROTECTION ALLIANCE, a non-profit
13  corporation,                         **DEFENDANT'S CASE MANAGEMENT
                                         STATEMENT**
14                    Plaintiff,
                                         Date:      November 6, 2007
15       vs.                             Time:      3:00 p.m.
                                         Courtroom: 9
16  AARON METALS COMPANY, a              Judge:     Hon. William Alsup
    corporation,
17
                      Defendant.
18

19       Defendant  Aaron Metals Company ("Aaron Metals") submits the following Case

20  Management Statement:

21       **1.      Jurisdiction and Service**

22       The Court has subject matter jurisdiction over the parties and the subject matter of this

23  action pursuant to Section 505(a)(1)(A) of the federal Clean Water Act (the "Act"), 33 U.S.C. §

24  1365(a)(l)(A) and 28 U.S.C. § 1331 (an action arising under the laws of the United States).

25  Plaintiff California Sportfishing Protection Alliance ("CSPA") served defendant Aaron Metals on

26  October 31, 2007.

27       **2.      Facts**

28       Defendant refers the Court to the Facts set forth in Plaintiff's Case Management

*Wendel, Rosen, Black & Dean LLP*
*1111 Broadway, 24th Floor*
*Oakland, CA  94607-4036*

*DEFENDANT'S CASE MANAGEMENT STATEMENT -*
*Case No.  3:07-cv-3547-WHA*

1    Conference Statement filed on October 17, 2007.

2    **3.    Legal Issues**

3    Aaron Metals denies that it has violated the Clean Water Act. However, the parties are in

4    settlement negotiations and a proposed settlement agreement has been drafted. Terms are

5    expected to be finalized within the next few days.

6    **4.    Motions**

7    On October 11, 2007, CPSA filed a motion to Extend the Initial Case Management

8    Conference. On October 17, 2007, the motion was denied.

9    **5.    Amendment of Pleadings**

10    Refer to Plaintiff's Case Management Statement.

11    **6.    Evidence Preservation**

12    No steps have been taken to preserve evidence, pending finalization of a settlement

13    **7.    Disclosures**

14    No initial disclosures have been made, pending finalization of a settlement.

15    **8.    Discovery**

16    No discovery has been taken in this action, pending finalization of a settlement.

17    **9.    Class Action**

18    This action is not a class action.

19    **10.    Related Cases**

20    There are no related cases or proceedings to this action.

21    **11.    Relief**

22    The parties are involved in settlement negotiations and expect to have a final settlement

23    agreement within a week.

24    **12.    Settlement and ADR**

25    The parties are involved in settlement negotiations and are close to reaching an agreement.

26    **13.    Consent to Magistrate Judge For All Purposes**

27    Aaron Metals will consent to have a magistrate judge conduct all further proceedings

28    including trial and entry of judgment.

013576.0001\829255.1

Wendel, Rosen, Black & Dean LLP
1111 Broadway, 24th Floor
Oakland, CA 94607-4036

1    **14.    Other References**

2        This case is not suitable for reference to binding arbitration, a special master, or the

3    Judicial Panel on Multidistrict Litigation.

4    **15.    Narrowing of Issues**

5        Settlement is currently pending.

6    **16.    Expedited Schedule**

7        Settlement is currently pending.

8    **17.    Scheduling**

9        The parties expect that a settlement will be finalized within the next week.

10    **18.    Trial**

11        The parties expect that a settlement will be finalized within the next week; however Aaron

12    Metals  does not disagree with CSPA's trial estimate set forth in its October 17, 2007 Case

13    Management Statement.

14    **19.    Disclosure of Non-party Interested Entities of Persons**

15        CSPA has filed a "Certification of Interested Entities or Persons" concurrently with this

16    Case Management Statement.

17    **20.    Additional Matters**

18        Aaron Metals requests that the court continue the date of the Case Management

19    Conference to late December 2007, allowing the parties enough time to finalize the settlement

20    agreement and submit such agreement to the federal agencies (EPA and Department of Justice)

21    for a mandatory 45-day review period pursuant to 33 U.S.C. § 1365(c)(3).

22    Dated: November 1, 2007                    Wendel, Rosen, Black & Dean LLP

23

24                                    By: _____

25                                        Christine K. Noma
                                        Attorneys for Defendant
26                                        AARON METALS COMPANY, a
                                        Corporation
27

28

Wendel, Rosen, Black & Dean LLP
1111 Broadway, 24th Floor
Oakland, CA 94607-4036

1

**PROOF OF SERVICE**

2

I, Liset L. Alvarado, declare:

3

I am a citizen of the United States and am employed in Alameda County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 1111 Broadway, 24th Floor, Oakland, California 94607-4036. On November 1, 2007, I served a copy of the within document(s):

4

5

**DEFENDANT'S CASE MANAGEMENT STATEMENT**

6

7

☒   By E-Filing: Via the court-mandated e-filing service

8

Attorneys for Plaintiff, CALIFORNIA SPORTFISHING PROTECTION ALLIANCE:

9

| | |
|---|---|
| Michael R. Lozeau | Andrew L. Packard |
| Douglas J. Charmak | Michael P. Lynes |
| LAW OFFICES OF MICHAEL R. LOZEAU | LAW OFFICES OF ANDREW L. PACKARD |
| 1516 Oak Street, Suite 216 | 319 Pleasant Street |
| Alameda, CA 94501 | Petaluma, CA 94952 |
| Phone: (510) 749-9102 | Phone: (707) 763-7227 |
| Fax: (510) 749-9103 | Fax: (415) 763-9227 |
| Email: mrlozeau@lozeaulaw.com | Email: ndrew@packardlawoffices.com |

10

11

12

13

14

15   ☒   I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

16

17   ☒   I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

18

19

Executed on November 1, 2007, at Oakland, California.

20

21

_____
Liset L. Alvarado

22

23

24

25

26

27

28

013576.0003\829251.1

Wendel, Rosen, Black & Dean LLP
1111 Broadway, 24th Floor
Oakland, CA 94607-4036