| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| MICHAEL R. LOZEAU, 142893<br>LAW OFFICE OF MICHAEL R. LOZEAU<br>1516 OAK STREET, SUITE 216<br>ALAMEDA, CA 94501-0000 | (510) 749-9102 | |
| ATTORNEY FOR (Name): | Ref. No. or File No.<br>03547 | |

Insert name of court, judicial district or branch court, if any:

United States District Court
450 Golden Gate Ave.
San Francisco, CA 94102-3483

PLAINTIFF:

CALIFORNIAA SPORTFISHING PROTECTION ALLIANCE

DEFENDANT:

AARON METALS CO.

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>CV-03547WHA |
|---|---|---|---|---|

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION, AND I **SERVED COPIES** OF THE:

*Summons & Complaint*

PARTY SERVED: AARON METALS CO.

PERSON SERVED: CRISTINE K. NOMA - ATTORNEY - LEFT WITH LILLIAN BRYD - AUTHORIZED TO ACCEPT SERVICE

DATE & TIME OF DELIVERY: October 31, 2007
04:09 pm

ADDRESS, CITY, AND STATE: 1111 BROADWAY , SUITE 2400
OAKLAND, CA 94607-0000
(BUSINESS) - WENDELL, ROSEN, BLACK, DEAN LLP

MANNER OF SERVICE:
Personal Service - By Personally delivering copies.

5. **Person serving** (name, address, and telephone number):
KEN MA
HLS *attorney services*
P.O. BOX 2816
ALAMEDA, CA 94501-0000
(510) 865-1800

a. **Fee** for service: $72.50

(1) Employee or independent contractor
(2) Registration No.: 672
(3) County: ALAMEDA

6. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: November 1, 2007

KEN MA

**PROOF OF SERVICE**

982(a)(23)[New July 1, 1987]                                                                                                    29567/BProof3