**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

<u>CIVIL PRETRIAL MINUTES</u>

**JUDGE WILLIAM ALSUP**

Date: <u>November 8, 2007</u>

Case No.  <u>C 07-03547 WHA</u>

Title: <u>CALIFORNIA SPORTFISHING</u>  v.  <u>AARON METALS COMPANY</u>

Plaintiff Attorneys: Douglas Chermak

Defense Attorneys: Christine Noma

Deputy Clerk:  <u>Dawn Toland</u>

Court Reporter: <u>Lydia Zinn</u>

**PROCEEDINGS**

1)   <u>Further CMC - HELD</u>

2)   <u>                                                                    </u>


Continued to <u>**11/15/07 at 11:00 am**</u>   for Further Case Management Conference

Continued to <u>   </u> for Pretrial Conference

Continued to <u>   </u> for Trial

**ORDERED AFTER HEARING:**

Parties have reached a settlement agreement.  If by noon on 11/3/07, the parties file a letter confirming the settlement and a dismissal within 45 days, the further cmc will be vacated.