Christine K. Noma (Bar No. 104751)
**WENDEL, ROSEN, BLACK & DEAN LLP**
1111 Broadway, 24th Floor
Post Office Box 2047
94604-2047 Oakland, CA 94607-4036
Telephone: (510) 834-6600
Fax: (510) 834-1928

Attorneys for Defendant
AARON METALS COMPANY, a Corporation

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>AARON METALS COMPANY, a corporation,<br><br>Defendant. | Case No. 3:07-cv-3547-WHA<br><br>**REQUEST AND STIPULATION RE STAY OF PROCEEDINGS; ORDER THEREON**<br><br>Courtroom: 9<br>Judge: Hon. William Alsup |

## I.  REQUEST AND STIPULATION RE STAY OF PROCEEDINGS

Defendant Aaron Metals Company ("Aaron Metals") and Plaintiff California Sportfishing Protection Alliance submit the foregoing request and stipulation:

The parties have entered into a settlement agreement, a fully executed copy of which is attached as Exhibit A. The settlement agreement has been submitted to the federal agencies (EPA and Department of Justice) for a mandatory 45-day review period pursuant to 33 U.S.C. § 1365(c)(3). Pending this review, the parties request and stipulate that all further proceedings in this case, including but not limited to the filing of an answer or other responsive pleading by Defendant be stayed to and including January 14, 2008.

*REQUEST AND STIPULATION RE STAY OF*
*PROCEEDINGS; ORDER THEREON*
*Case No. 3:07-cv-3547-WHA*

013576.0001\830098.1

1  Dated: November 13, 2007                WENDEL, ROSEN, BLACK & DEAN LLP

                                           By: _____
                                           Christine K. Noma
                                           Attorneys for Defendant
                                           AARON METALS COMPANY, a
                                           Corporation

6  Dated: November 14, 2007                LAW OFFICES OF MICHAEL R. LOZEAU

                                           By: _____
                                           Michael R. Lozeau
                                           Douglas J. Chermak
                                           Attorneys for Plaintiff
                                           CALIFORNIA SPORTFISHING
                                           PROTECTION ALLIANCE, a Non-Profit
                                           Corporation

II.    ORDER

       PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____              _____
                                   William H. Alsup
                                   United States District Court Judge