1  Christine K. Noma (Bar No. 104751)
   **WENDEL, ROSEN, BLACK & DEAN LLP**
2  1111 Broadway, 24th Floor
   Post Office Box 2047
3  94604-2047 Oakland, CA  94607-4036
   Telephone: (510) 834-6600
4  Fax:  (510) 834-1928

5  Attorneys for Defendant
   AARON METALS COMPANY, a Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>AARON METALS COMPANY, a corporation,<br><br>Defendant. | Case No. 3:07-cv-3547-WHA<br><br>**REQUEST AND STIPULATION RE STAY OF PROCEEDINGS; ORDER THEREON**<br><br>Courtroom: 9<br>Judge:  Hon. William Alsup |

I. **REQUEST AND STIPULATION RE STAY OF PROCEEDINGS**

Defendant Aaron Metals Company ("Aaron Metals") and Plaintiff California Sportfishing Protection Alliance submit the foregoing request and stipulation:

The parties have entered into a settlement agreement, a fully executed copy of which is attached as Exhibit A. The settlement agreement has been submitted to the federal agencies (EPA and Department of Justice) for a mandatory 45-day review period pursuant to 33 U.S.C. § 1365(c)(3). Pending this review, the parties request and stipulate that all further proceedings in this case, including but not limited to the filing of an answer or other responsive pleading by Defendant be stayed to and including January 14, 2008. CMC SHALL BE 1/10/08 AT 11:00 AM.

| | | |
|---|---|---|
| 1 | Dated: November 13, 2007 | WENDEL, ROSEN, BLACK & DEAN LLP |
| 2 | | |
| 3 | | By: /s/ Christine K. Noma |
| 4 | | Christine K. Noma<br>Attorneys for Defendant |
| 5 | | AARON METALS COMPANY, a Corporation |
| 6 | Dated: November 14, 2007 | LAW OFFICES OF MICHAEL R. LOZEAU |
| 7 | | |
| 8 | | By: /s/ |
| 9 | | Michael R. Lozeau<br>Douglas J. Chermak<br>Attorneys for Plaintiff |
| 10 | | CALIFORNIA SPORTFISHING |
| 11 | | PROTECTION ALLIANCE, a Non-Profit Corporation |

II.  **ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: Novermber 15, 2007.

_____
William H. Alsup
United States District Court Judge

IT IS SO ORDERED
/s/ Judge William Alsup