1  Christine K. Noma (Bar No. 104751)
   **WENDEL, ROSEN, BLACK & DEAN LLP**
2  1111 Broadway, 24th Floor
   Post Office Box 2047
3  94604-2047 Oakland, CA  94607-4036
   Telephone:  (510) 834-6600
4  Fax:  (510) 834-1928

5  Attorneys for Defendant
   AARON METALS COMPANY, a Corporation

6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 CALIFORNIA SPORTFISHING           Case No. 3:07-cv-3547-WHA
   PROTECTION ALLIANCE, a non-profit
12 corporation,                      **REQUEST AND STIPULATION RE STAY
                                     OF PROCEEDINGS; ORDER THEREON**
13              Plaintiff,
                                     Courtroom: 9
14      vs.                          Judge:     Hon. William Alsup

15 AARON METALS COMPANY, a
   corporation,
16
                Defendant.
17

18

19

20   I.    **REQUEST AND STIPULATION RE STAY OF PROCEEDINGS**

21         Defendant Aaron Metals Company ("Aaron Metals") and Plaintiff California Sportfishing

22 Protection Alliance submit the foregoing request and stipulation:

23         The parties have entered into a settlement agreement, a fully executed copy of which is

24 attached as Exhibit A.  The settlement agreement has been submitted to the federal agencies

25 (EPA and Department of Justice) for a mandatory 45-day review period pursuant to 33 U.S.C. §

26 1365(c)(3). Pending this review, the parties request and stipulate that all further proceedings in

27 this case, including but not limited to the filing of an answer or other responsive pleading by

28 Defendant be stayed to and including January 14, 2008. CMC SHALL BE 1/10/08 AT 11:00 AM.

013576.0001\830098.1

*REQUEST AND STIPULATION RE STAY OF
PROCEEDINGS; ORDER THEREON
Case No. 3:07-cv-3547-WHA*

| | | |
|---|---|---|
| 1 | Dated: November 13, 2007 | WENDEL, ROSEN, BLACK & DEAN LLP |
| 2 | | |
| 3 | | By: /s/ |
| 4 | | Christine K. Noma<br>Attorneys for Defendant |
| 5 | | AARON METALS COMPANY, a Corporation |
| 6 | Dated: November 14, 2007 | LAW OFFICES OF MICHAEL R. LOZEAU |
| 7 | | |
| 8 | | By: /s/ |
| 9 | | Michael R. Lozeau<br>Douglas J. Chermak |
| 10 | | Attorneys for Plaintiff<br>CALIFORNIA SPORTFISHING |
| 11 | | PROTECTION ALLIANCE, a Non-Profit Corporation |

II.   **ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: Novermber 15, 2007.

William H. Alsup
United States District Court Judge

IT IS SO ORDERED
/s/
Judge William Alsup